IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARL EDWARD WILLIS                                         PETITIONER
ADC #134185

V.                              Case No. 5:12CV00040 BSM-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                         RESPONDENT

## ORDER

    Petitioner is hereby informed of his opportunity to reply within thirty (30) days to Respondent's arguments in his Response (DE #7) that the petition should be dismissed because it is untimely under 28 U.S.C. § 2244(d)(1), and Petitioner has not shown he is entitled to statutory tolling of the limitations period under § 2244(d)(2). Petitioner may also reply to Respondent's argument that the petition should be dismissed as procedurally defaulted as to claims two, three, four, five, six, eight, and nine because Petitioner failed to raise them on direct appeal to the Arkansas Court of Appeals. Petitioner may reply to any other argument in the Response.

    SO ORDERED this 2nd day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE