IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARL EDWARD WILLIS,
ADC # 134185                                                                                    PETITIONER

v.                          Case No. 5:12-CV-00040 KGB-JTK

RAY HOBBS, Director, Arkansas
Department of Correction                                                                  RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The findings and recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

SO ORDERED this the 28th day of January, 2014.

_____
Kristine G. Baker
United States District Judge